# 152314
Ck No. #108

VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO 44112
(216) 851-3304
FAX (216) 851-2900

May 4, 2011

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio 44113

Re: Lewis, Lakita M.
    Bankruptcy Case 07-15045

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we are submitting the enclosed small dividend check and/or unclaimed funds for the above case:

| | |
|---|---|
| Amount: | $138.69 |
| Creditor: | Fidelity Info Corp |
| | PO Box 100 |
| | Pacific Palisades, CA 90272 |
| Proof of Claim amount | $2,212.72 |
| Check Number | 108 |

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb